UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-61582-CIV-COHN-SELTZER

STACEY MATTOCKS, an individual

       Plaintiff,

v.

BLACK ENTERTAINMENT TELEVISION, LLC
a District of Columbia limited liability company,

       Defendant.

_____/

## PLAINTIFF'S RULE 26 INITIAL DISCLOSURES

Plaintiff, Stacey Mattocks ("Mattocks"), pursuant to Rule 26 of the Federal Rules of Civil Procedure, files these Initial Disclosures, and states as follows:

**1.     The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

    a. **Stacey Mattocks**, Plaintiff
       c/o Tripp Scott, P.A.

    b. **Monique Ware**
       BET Employee
       Knowledge regarding BET's relationship with Plaintiff

    c. **J. P Lespinasse**
       BET Employee
       Knowledge regarding BET's relationship with Plaintiff

    d. **Claire Brown**
       Akil Productions (producers for The Game)
       Knowledge regarding Plaintiff's Facebook Page for The Game

    e. **Terry McFly**
       BET Employee

Knowledge regarding BET's social media accounts

2.      A copy--or a description by category and location--of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

    a.  Plaintiff's email;

    b.  Contracts, draft and executed, between Plaintiff and Defendant, located as attachments to Plaintiff's email or kept by Plaintiff in hard copy;

    c.  Records evidencing payment from Sulia, Google Ad Words, Amazon, and possibly others, some of which are in the possession of Plaintiff; and

    d.  Documents demonstrating the popularity of the Facebook Page created by Plaintiff, as well as the Twitter account for The Game created by Plaintiff, some of which are in the possession of Plaintiff.

3.      A computation of each category of damages claimed by Plaintiff--who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:

    a.  Lost revenue from Sulia, Google Ad Words, Amazon, and possibly others, following the removal of the Facebook Page and Twitter account for The Game created by Mattocks. These damages are ongoing in nature and likely exceed $400,000.00;

    b.  Loss of business interests from the removal of the Facebook Page and Twitter account for The Game created by Mattocks, the amount of which will be determined by an expert to be retained; and

    c.  Punitive damages for the willful and malicious actions taken by Defendant as described in the Amended Complaint.

4.      For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

      a.   None known to Plaintiff.

This initial disclosure is, to the best of the undersigned's knowledge, information and belief, complete and correct as of December 13, 2013.

      Respectfully Submitted,

      TRIPP SCOTT, P.A.
      *Counsel for Plaintiff*
      110 SE Sixth Street, 15th Floor
      Ft. Lauderdale, Florida 33301
      Tel: 954.525.7500
      Fax: 954.761.8475

By:  ***/s/ Alexander D. Brown***
      Alexander D. Brown, Esq.
      Fla. Bar No. 752665
      adb@trippscott.com
      Peter G. Herman, Esq.
      Fla. Bar. No. 353991
      pgh@trippscott.com
      Adam S. Goldman, Esq.
      Fla. Bar No. 86761
      asg@trippscott.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via EC/CMF this 13th day of December, 2013, to the attorneys on the below Service List.

      By: *_/s/ Alexander D. Brown_*
      Alexander D. Brown, Esq.

## <u>SERVICE LIST</u>

Karen L. Stetson, Esq.
Gray Robinson, P.A.
1221 Brickell Avenue Suite 1600
Miami, FL 33131
Karen.Stetson@gray-robinson.com
*Counsel for Defendant*