UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-61582-CIV-COHN-SELTZER

STACEY MATTOCKS, an individual,

        Plaintiff,

  v.

BLACK ENTERTAINMENT TELEVISION LLC
a District of Columbia limited liability company,

        Defendant.

## BLACK ENTERTAINMENT TELEVISION LLC'S RULE 26(a)(1) INITIAL DISCLOSURES

Defendant, Black Entertainment Television LLC ("BET") hereby provides the following Initial Disclosures pursuant to Federal Rule of Civil Procedure 26 (a)(1) to Plaintiff, Stacey Mattocks ("Mattocks"). BET makes these disclosures based upon information reasonably known to BET as of the date hereof, and based on information obtained to date and available to BET, without the benefit of complete discovery regarding the claims asserted by Mattocks. Moreover, BET notes that its own investigation is ongoing and, accordingly,

BET reserves the right to modify, amend, or otherwise supplement this disclosure, pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, as additional information becomes available during the course of this lawsuit.

BET's disclosures are made without, in any way, waiving: (a) the right to object to any discovery requests or to the admissibility of any evidence on the grounds of privilege, work product immunity, relevance, competency, materiality, hearsay, or any other proper ground in this action or in any other action; (b) the right to object to the use of any

1

Case 0:13-cv-61582-JIC   Document 22   Entered on FLSD Docket 12/18/2013   Page 2 of 6

Case No.: 13-61582-CIV-COHN-SELTZER

such information, for any purpose, in whole or in part, in any proceeding in this action or in any other action, or (c) the right to object on any and all grounds to any other discovery request or proceeding involving or relating to the subject matter of these disclosures in any proceeding in this action or in any other action.

A.      Witnesses

BET is a large company with many employees, some of whom may have knowledge of the subject matter of this litigation, including operation of BET's Facebook Fan Page for the show, *The Game*.  Nonetheless, pursuant to Rule 26(a)(1)(A)(i), BET submits, based upon information reasonably available at this time, and subject to the limitations set forth above, the following list of witnesses likely to have discoverable information that BET may use to support its claims or defenses, unless solely for impeachment, and the subject of the information.  Discovery is continuing and BET reserves its rights to and plans to supplement these disclosures.  Contact with individuals identified by an asterisk (*) related to this litigation may only occur through Gray Robinson:

| Individual(s) | Potential Area(s) of Knowledge |
|---|---|
| Monique Ware*<br>Black Entertainment Television LLC<br>c/o Gray Robinson<br>1211 Brickell Avenue<br>Suite 1600<br>Miami, Florida 33131 | Communications with Plaintiff; Matters related to the parties' agreement including but not limited to the negotiation and execution of the agreement, and performance thereunder. Operation of the BET's Facebook page for "The Game". |
| JP Lespinasse*<br>Black Entertainment Television LLC<br>c/o Gray Robinson<br>1211 Brickell Avenue<br>Suite 1600<br>Miami, Florida 33131 | Communications with Plaintiff; Operation of the BET's Facebook page for "The Game". |

Case No.: 13-61582-CIV-COHN-SELTZER

| Individual(s) | Potential Area(s) of Knowledge |
|---|---|
| Martez Moore*<br>Black Entertainment Television LLC<br>c/o Gray Robinson<br>1211 Brickell Avenue<br>Suite 1600<br>Miami, Florida 33131 | Communications with Plaintiff; Matters related to the parties' agreement including but not limited to the negotiation and execution of the agreement, and performance thereunder. Operation of the BET's Facebook page for "The Game". |
| Tia Carter-Jenkins*<br>Black Entertainment Television LLC<br>c/o Gray Robinson<br>1211 Brickell Avenue<br>Suite 1600<br>Miami, Florida 33131 | Communications with Plaintiff; Matters related to the parties' agreement including but not limited to the negotiation and execution of the agreement, and performance thereunder. |
| Jocelyn Cooley<br>Black Entertainment Television LLC<br>c/o Gray Robinson<br>1211 Brickell Avenue<br>Suite 1600<br>Miami, Florida 33131 | Communications with Plaintiff; Matters related to the parties' agreement including but not limited to the negotiation and execution of the agreement, and performance thereunder. |
| Stacey Mattocks<br>c/o Tripp Scott, P.A. | Communications with Defendant. Matters related to the parties' agreement including but not limited to the negotiation and execution of the agreement. |
| Corporate Representative of Facebook | Knowledge of Facebook page at issue. |
| Individual(s) yet to be determined, to be disclosed during the damages phase of this case. | |

In addition to the specific individuals named above, BET may rely on any of the following: each person or entity disclosed or relied upon by Mattocks; all individuals who have given or will give testimony in this litigation; all expert witnesses who have been disclosed or who will be disclosed at an appropriate time in this litigation; any and all experts or third parties relied upon by Mattocks; all custodians and witnesses; all persons or entities subpoenaed by any party; all persons or entities identified in Mattocks's, or BET's discovery

responses or in any version of Mattocks's Rule 26(a)(1) disclosures; and all persons or entities referenced in documents produced.

BET has not yet designated certain expert witnesses, but may do so in accordance with the requirements set forth in the Federal Rules of Civil Procedure. BET will disclose the identity of any retained expert whom BET expects to call as a witness at trial in accordance with these requirements. BET reserves the right to supplement these lists as additional information becomes available and to rely upon and to call as a witness any person listed in BET's Rule 26(a)(1) disclosures.

  **B.** **Documents**

Based upon information reasonably available to BET at this time, and subject to the limitations set forth above, BET hereby identifies, pursuant to Rule 26(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the following categories of documents, data compilations, and tangible things that are in BET's possession, custody, or control, and may be used to support BET's claims or defenses, other than solely for impeachment:

  1. Documents reflecting the negotiation and execution of any agreements by and among BET and Mattocks.

  2. Documents reflecting BET's operation and ownership of the Facebook Fan Page for the show, *The Game*.

  3. Documents reflecting any payments to Mattocks.

  4. Documents supporting the defenses listed in BET's answer.

Discovery is continuing and BET reserves its rights to supplement these initial disclosures.

  **C.** **Computation of Damages**

Not applicable. BET has not asserted any claims for relief at this time.

Case No.: 13-61582-CIV-COHN-SELTZER

D. **Insurance**

BET is not presently aware of any insurance agreement under which any insurance business may be liable to BET to satisfy any part of a judgment that may be entered in this action or to indemnify or reimburse BET for payments made to satisfy such a judgment.

Date: December 18, 2013

                Respectfully submitted,

                GRAY ROBINSON, P.A.
                Attorneys for Defendant
                1221 Brickell Avenue, Suite 1600
                Miami, Florida 33131
                Karen.Stetson@gray-robinson.com
                Phone: (305) 416-6880
                Fax: (305) 416-6887

                By: /s/ Karen Stetson
                Karen Stetson
                Florida Bar No: 742937
                Jonathan L. Gaines
                Florida Bar. No. 330361

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via ECF to the parties in the attached Service List on this 18th day of December, 2013.

                By: /s/Karen L. Stetson

Case No.: 13-61582-CIV-COHN-SELTZER

## SERVICE LIST

TRIPP SCOTT, P.A.
*Counsel for Plaintiff*
110 SE Sixth Street, 15th Floor
Ft. Lauderdale, Florida 33301
Tel: 954.525.7500
Fax: 954.761.8475
Alexander D. Brown, Esq.
adb@trippscott.com
Peter G. Herman, Esq.
pgh@trippscott.com
Adam S. Goldman, Esq.
asg@trippscott.com