UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-61582-CIV-COHN-SELTZER

STACEY MATTOCKS, an individual,

     Plaintiff,

v.

BLACK ENTERTAINMENT
TELEVISION LLC, a District of Columbia
limited liability company,

     Defendant.

_____/

## DEFENDANT'S RESPONSE TO
## PLAINTIFF'S MOTION TO COMPEL

Defendant, BLACK ENTERTAINMENT TELEVISION LLC ("BET), by and through undersigned counsel, responds to Plaintiff's Motion to Compel (DE 24) as follows:

1.     Defendant previously filed a Motion to Strike Plaintiff's Motion to Compel as both procedurally deficient under Local Rules 7.1 and 26.1 and as precipitously filed while the parties were in the midst of a meet and confer process. (DE 25).

2.     Subsequently, the parties have continued to meet and confer, resulting in the resolution of all issues with the exception of one (Request 7 of Plaintiff's Second Request for Production).

3.     As to the remaining issue, Plaintiff's counsel has advised that he will be filing a revised Motion to Compel that complies with Local Rules 7.1 and 26.1, and Defendant has agreed to thereupon withdraw its Motion to Strike.

# 1280230 v1

CASE NO.  13-cv-61582-JIC

Respectfully submitted,

GRAY ROBINSON, P.A.
Attorneys for Defendant
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Karen.Stetson@gray-robinson.com
Phone: (305) 416-6880
Fax: (305) 416-6887

By:  /s/ Karen Stetson
Karen Stetson
Florida Bar No: 742937
Jonathan L. Gaines
Florida Bar. No. 330361

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via ECF to the parties in the attached Service List on this 18th day of February, 2014.

By:      /s/Karen L. Stetson

## SERVICE LIST

TRIPP SCOTT, P.A.
*Counsel for Plaintiff*
110 SE Sixth Street, 15th Floor
Ft. Lauderdale, Florida 33301
Tel: 954.525.7500
Fax: 954.761.8475
Alexander D. Brown, Esq.
adb@trippscott.com
Peter G. Herman, Esq.
pgh@trippscott.com
Adam S. Goldman, Esq.
asg@trippscott.com

# 1280230 v1