UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-cv-61582-JIC

STACEY MATTOCKS, an individual

       Plaintiff,

v.

BLACK ENTERTAINMENT TELEVISION, LLC
a District of Columbia limited liability company,

       Defendant.
_____/

## NOTICE OF FILING DECLARATION OF FERNANDO TORRES IN SUPPORT OF PLAINTIFF'S AMENDED MOTION TO COMPEL [DE 33]

Plaintiff, Stacey Mattocks, by and through undersigned counsel, files the attached Declaration of Fernando Torres in Support of Plaintiff's Amended Motion to Compel.

    Respectfully submitted,

    TRIPP SCOTT, P.A.
    *Counsel for Plaintiff*
    110 SE Sixth Street, Fifteenth Floor
    Ft. Lauderdale, Florida 33301
    Tel: 954.525.7500
    Fax: 954.761.8475

    By: */s/ Alexander D. Brown*
    Alexander D. Brown, Esq.
    adb@trippscott.com
    Fla. Bar No. 752665
    Peter G. Herman, Esq.
    pgh@trippscott.com
    Fla. Bar No. 353991
    Adam S. Goldman, Esq.
    asg@trippscott.com
    Fla. Bar No. 86761

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via EC/CMF this 6th day of March, 2014, to the attorneys on the below Service List.

By: */s/  Alexander D. Brown*

## SERVICE LIST

Karen L. Stetson, Esq.
Gray Robinson, P.A.
1221 Brickell Avenue Suite 1600
Miami, FL 33131
Karen.Stetson@gray-robinson.com
*Counsel for Defendant*

713827v1 999390.0001