UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-61582-CIV-COHN-SELTZER

STACEY MATTOCKS, an individual

        Plaintiff,

v.

BLACK ENTERTAINMENT TELEVISION, LLC
a District of Columbia limited liability company,

        Defendant.
_____/

## DECLARATION OF FERNANDO TORRES IN SUPPORT OF PLAINTIFF'S AMENDED MOTION TO COMPEL

I, FERNANDO TORRES, hereby declare and state based on personal knowledge as follows:

1. My name is Fernando Torres and I am an intellectual property economist with nearly thirty years of work experience in economics, financial, analysis, and business management. I am a member and Chief Economist at IPmetrics LLC, an intellectual property consulting firm specializing in the strategic analysis, valuation, and expert witness assessment of the full range of intangible assets.

2. I have been retained by the Plaintiff in connection with the above-captioned matter to opine on Plaintiff's damages.

3. I am aware that Plaintiff and Defendant are currently in a discovery dispute regarding the relevance of documents demonstrating revenue, including but not limited to advertising revenue, received by Defendant from Defendant's television show, The Game.

713785v1 999390.0001

4. I am aware that Plaintiff has filed an Amended Motion to Compel regarding the revenue information and has stated that such information is relevant and important for Plaintiff's damage analysis.

5. I submit this Declaration in support of Plaintiff's Amended Motion to Compel to provide further explanation as to why the revenue information is relevant and important for Plaintiff's damage analysis.

6. One of the central aspects of a reliable damages analysis is the quantification of the fair market value of the property at issue. In this case, the property is Plaintiff's Facebook Page for The Game and the Facebook "Likes" of same.

7. Fair market value is understood to be the "Price at which a willing seller and a willing buyer will trade."[1] In the absence of an active market for properties such as the one at issue in this case, the generally accepted approach taken by professional economists like myself is to assess both sides of the negotiation and consider and quantify what each party would reasonably expect to gain from the agreement and derive the fair market value from the ensuing negotiation.

8. In this case, the appropriate quantification of the fair market value of the property at issue reasonably invites consideration, among other variables, of its value to each party. For the Plaintiff, the expected continued advertising and other derivative revenue from the Page. For the Defendant, namely the expected impact on revenue (subscriptions, advertising, etc.) from incorporating the Page into the marketing and promotional strategy for the show and the network. Fair market value will then be ascertainable from this double-sided analysis according to generally accepted economic principles. Without revenue information from both perspectives, the fair market value of the property at issue cannot be determined.

---

[1] H.C. Black, Black's Law Dictionary, Rev. 4th Ed. West Publishing 1968, p 716.

9.      I am concerned that I may not be able to complete an accurate, reliable, and verifiable damage analysis without the requested revenue information from Defendant.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March, 2014

By: _____
Fernando Torres