UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-61582-CIV-COHN-SELTZER

STACEY MATTOCKS, an individual,

    Plaintiff,
v.

BLACK ENTERTAINMENT
TELEVISION LLC, a District of Columbia
limited liability company,

    Defendant.
_____/

**DEFENDANT'S MOTION FOR PARTIAL STAY OF 30(b)(6) DEPOSITION
PENDING RULING ON OBJECTIONS AND MOTION FOR PROTECTIVE ORDER
AS TO PLAINTIFF'S RULE 30(b)(6) DEPOSITION NOTICE**

    Defendant, BLACK ENTERTAINMENT TELEVISION LLC ("BET"), by and through undersigned counsel, and pursuant to Rule 26, Fed. R. Civ. P., moves for a partial stay of the Rule 30(b)(6) deposition of Defendant with regard to the areas of examination which are the subject Defendant's Objections and Motion for Protective Order (DE 49) filed contemporaneously herewith, and states:

    1.    On March 13, 2014, Plaintiff propounded a "Notice of Taking Videotaped Deposition Duces Tecum" of Defendant BET pursuant to Rule 30(b)(6), listing numerous matters for examination.

    2.    Defendant has objected to portions of the topics listed on Plaintiff's 30(b)(6) Notice, and has filed Defendant's Objections and Motion for Protective Order as to those portions.

# 1303682 v1

3. While Defendant objects to the portions of Plaintiff's 30(b)(6) Notice set forth in Defendant's Motion for Protective Order, Defendant is proceeding as to the non-objectionable subject matters and producing four witnesses available over a three-day period (March 26-28, 2014) to cover the areas of inquiry as to which no objections are asserted.

4. Based upon the current briefing schedule and the timing of the scheduled deposition, it appears that these issues might not be resolved prior to the date of the deposition. Accordingly, Defendant requests a partial stay of the deposition, and specifically the areas of Plaintiff's 30(b)(6) Notice as to which Defendant has objected, pending the Court's ruling on Defendant's Motion for Protective Order.

5. Defendant has advised Plaintiff that, in the event the Court is unable to reach the merits of Plaintiff's objections prior to the scheduled deposition and overrules any of Defendant's objections after the scheduled deposition, Defendant will subsequently provide a witness as to any such additional area(s). Plaintiff has not agreed with this approach since Defendant's witnesses are located in New York; however, should any additional testimony be needed after the objections are ruled on, the testimony will be relatively discreet and can easily be accomplished either by phone or videoconference.

6. The requested relief is in the interests of justice, will not prejudice any party and will allow discovery to proceed as to non-objectionable issues while providing an opportunity for the Court to determine Defendant's Motion for Protective Order, thus preventing the unwarranted disclosure of non-discoverable information and avoiding the burden and expense of responding to unwarranted discovery. "Federal district courts have wide discretion to limit the scope of discovery or control its timing to protect a party from annoyance, oppression, or undue

CASE NO. 13-cv-61582-JIC

burden or expense. Fed.R.Civ.P. 26(c)" *Solar Star Systems, LLC v. Bellsouth Telecommunications, Inc.*, No. 10-21105, 2011 WL 1226119 *1 (S.D. Fla. March 30, 2011).

WHEREFORE, based on the foregoing, Defendant BET requests this Court's entry of an Order partially staying the Rule 30(b)(6) deposition of Defendant only as to those areas of inquiry that are the subject of Defendant's Motion for Protective Order as set forth above, together with whatever additional relief the Court deems just and proper.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Undersigned counsel certifies that she has conferred with opposing counsel in a good faith effort to resolve the issues herein but has been unable to do so.

Respectfully submitted,

GRAY ROBINSON, P.A.
Attorneys for Defendant
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Karen.Stetson@gray-robinson.com
Phone: (305) 416-6880
Fax: (305) 416-6887

By: /s/ Karen Stetson
Karen Stetson
Florida Bar No: 742937
Jonathan L. Gaines
Florida Bar. No. 330361

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via ECF to the parties in the attached Service List on this 20th day of March, 2014.

By:     /s/Karen L. Stetson

3

# 1303682 v1

## SERVICE LIST

TRIPP SCOTT, P.A.
*Counsel for Plaintiff*
110 SE Sixth Street, 15th Floor
Ft. Lauderdale, Florida 33301
Tel: 954.525.7500
Fax: 954.761.8475
Alexander D. Brown, Esq.
adb@trippscott.com
Peter G. Herman, Esq.
pgh@trippscott.com
Adam S. Goldman, Esq.
asg@trippscott.com

# 1303682 v1