UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-61582-CIV-COHN-SELTZER

STACEY MATTOCKS, an individual

       Plaintiff,

v.

BLACK ENTERTAINMENT TELEVISION, LLC
a District of Columbia limited liability company,

       Defendant.
_____/

## MEDIATION REPORT

Pursuant to Southern District of Florida Local Rule 16.2.F.1, the undersigned mediator conducted a mediation in this matter on April 22, 2014. All parties and counsel were present. At the conclusion of the mediation, the parties were unable to reach a settlement.

       JAMS
       2500 North Military Trail, Suite 200
       Boca Raton, FL 33431
       Tel:  (561) 393-9733

       By: s/Jeffrey Grubman_____
          Jeffrey S. Grubman
          Mediator No: 15500 CR