**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 13-61582-CIV-COHN-SELTZER**

STACEY MATTOCKS, an individual

        Plaintiff,

v.

BLACK ENTERTAINMENT TELEVISION, LLC
a District of Columbia limited liability company,

        Defendant.

_____/

## NOTIFICATION OF NINETY DAYS EXPIRING

Plaintiff, Stacey Mattocks, pursuant to Southern District of Florida Local Rule 7.1(b)(4), hereby respectfully notifies the Court that the following motion has been pending and fully briefed for more than ninety days:

1.     Plaintiff's Amended Motion to Compel Production [DE 33]. Plaintiff submitted the Declaration of Fernando Torres in Support of Plaintiff's Amended Motion to Compel on March 6, 2014 [DE38]. Defendant filed its Verified Response to Plaintiff's Amended Motion to Compel Production on March 20, 2014 [DE 48].  No hearing has been set on this matter.

Plaintiff respectfully submits that the information sought to be compelled has direct relevance to its damages calculations, as well as to Plaintiff's responses to Defendant's Motion to Exclude the Report and Testimony of Fernando Torres [DE 69] and Defendant's Motion for Summary Judgment [DE 70], both of which are pending before this Court.

DATED:  July 11, 2014.

                        Respectfully Submitted,

                        By:   */s/ Peter G. Herman*
                              Fla. Bar. No. 353991

TRIPP SCOTT, P.A.
*Counsel for Plaintiff*
110 SE Sixth Street, 15th Floor
Ft. Lauderdale, Florida 33301
Tel: 954.525.7500
Fax: 954.761.8475


By:   */s/ Peter G. Herman*
Peter G. Herman, Esq.
Fla. Bar. No. 353991
pgh@trippscott.com
Alexander D. Brown, Esq.
Fla. Bar No. 752665
adb@trippscott.com
Adam S. Goldman, Esq.
Fla. Bar No. 86761
asg@trippscott.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via EC/CMF this 11th day of July, 2014, to the attorneys on the below Service List.

By: */s/ Peter G. Herman*
Peter G. Herman, Esq.
Fla. Bar. No. 353991
pgh@trippscott.com

## SERVICE LIST

Karen L. Stetson, Esq.
Gray Robinson, P.A.
1221 Brickell Avenue Suite 1600
Miami, FL 33131
Karen.Stetson@gray-robinson.com
*Counsel for Defendant*

730292v1 999390.0001