**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 13-61582-CIV-COHN-SELTZER**

STACEY MATTOCKS, an individual,

      Plaintiff,

v.

BLACK ENTERTAINMENT
TELEVISION LLC, a District of Columbia
limited liability company,

      Defendant.

_____/

**MOTION TO CONTINUE**

Defendant BET Entertainment Television LLC ("BET") files this Motion to Continue the trial in this matter pursuant to S.D. Fla. Local Rule 7.6 and states as follows:

1.      Plaintiff filed the Second Amended Complaint in this case on March 13, 2014.

2.      On April 4, 2014, this Court set the jury trial for August 25, 2014.

3.      On July 16, 2014, this Court continued the trial until September 8, 2014, and adjusted the calendar call and pretrial deadlines accordingly.

4.      One of BET's witnesses in this matter, Tia Carter-Jenkins, is unavailable at that time. Ms. Carter-Jenkins was formerly in-house counsel at BET and was designated counsel for the Digital Media Group of BET during the time period at issue in this case. In that capacity, Ms. Carter-Jenkins personally corresponded with Facebook regarding the migration of the "Likes" on the Page at issue. Defendant anticipates that if this case proceeds to trial, BET's correspondence with Facebook on this subject will be an important topic on which testimony and evidence is presented, and anticipates calling Ms. Carter-Jenkins to testify for that purpose.

5.      Ms. Carter-Jenkins is no longer employed by BET, and is presently employed as counsel for The Brickman Group.  When Defendant's counsel contacted her regarding her availability for trial on the currently-scheduled dates, she informed counsel for Defendant that her new professional responsibilities would not allow her to attend trial during those times. Specifically, The Brinkman Group recently completed a merger with another company, ValleyCrest Companies, and Ms. Carter-Jenkins is responsible for integration plans due at the end of September.  Given the extent of Ms. Carter-Jenkins's responsibilities, she believes that she will be unable to be away from her current job during the second and third weeks of September, when trial in this matter is currently scheduled, and that such conflict will continue through the end of the month.  Although Ms. Carter-Jenkins has also informed Defendant's counsel of intermittent conflicts in October and November, Defendant's counsel believes that those conflicts can be mitigated without the need further to delay the trial.  Defendant would have brought this issue to the Court's attention sooner; however, as Ms. Carter-Jenkins is no longer employed by Defendant, it has taken some time for Defendant's counsel to learn of her conflict and to ascertain the dates on which she would be available to attend trial if needed.

6.      BET has discussed this request for a continuance with counsel for Plaintiff, and counsel for Plaintiff has stated that Plaintiff does not have a position regarding the request.

WHEREFORE, BET respectfully requests that this Court enter an order continuing the trial by three weeks until September 29, 2014, or such other time as the Court directs.[1]

---

[1] Although Ms. Carter-Jenkins' unavailability extends through the month of September, Defendant does not anticipate calling her as a witness until its case-in-chief, which Plaintiff anticipates will not begin until several days after the beginning of trial, and therefore does not believe it is necessary to continue the trial by more than three weeks.

August 4, 2014

Respectfully submitted,

/s/ Karen Stetson
GRAY ROBINSON, P.A.
Karen Stetson
Florida Bar No: 742937
Jonathan L. Gaines
Florida Bar. No. 330361
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Phone: (305) 416-6880
Fax: (305) 416-6887
Karen.Stetson@gray-robinson.com


*Attorney for Defendant*

## **RULE 7.1 CERTIFICATE**

Pursuant to Rule 7.1 of the Local Rules of this Court, I certify that I have conferred with opposing counsel concerning this Motion and counsel has indicated that Plaintiff has no position with respect to the relief requested.


By:     /s/ Karen L. Stetson

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing motion to continue and accompanying declaration of Tia Carter-Jenkins has been furnished via ECF to the parties in the attached Service List on this 4th day of August, 2014.


By:      /s/ Karen L. Stetson


## SERVICE LIST


TRIPP SCOTT, P.A.
*Counsel for Plaintiff*
110 SE Sixth Street, 15th Floor
Ft. Lauderdale, Florida 33301
Tel: 954.525.7500
Fax: 954.761.8475
Alexander D. Brown, Esq.
adb@trippscott.com
Peter G. Herman, Esq.
pgh@trippscott.com
Adam S. Goldman, Esq.
asg@trippscott.com