UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-61582-CIV-COHN-SELTZER

STACEY MATTOCKS, an individual,

    Plaintiff,

v.

BLACK ENTERTAINMENT
TELEVISION LLC, a District of Columbia
limited liability company,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING PRETRIAL DISCLOSURES

Defendant, BLACK ENTERTAINMENT TELEVISION LLC ("BET), by and through undersigned counsel, hereby gives notice of filing Defendant's Pretrial Disclosures, attached hereto.

    Respectfully submitted,

    GRAY ROBINSON, P.A.
    Attorneys for Defendant
    1221 Brickell Avenue, Suite 1600
    Miami, Florida 33131
    Karen.Stetson@gray-robinson.com
    Phone: (305) 416-6880
    Fax: (305) 416-6887

    By: /s/ Karen Stetson
    Karen Stetson
    Florida Bar No: 742937
    Jonathan L. Gaines
    Florida Bar. No. 330361

    and

    JENNER & BLOCK LLP
    Susan J. Kohlman (*Pro hac vice*)

# 1477776 v1

CASE NO.  13-cv-61582-JIC

919 Third Avenue
New York, NY 10022
Phone: (212) 891-1600
Fax: (212) 891-1699
SKohlman@jenner.com

Luke C. Platzer (*Pro hac vice*)
Erica L. Ross (*Pro hac vice*)
1099 New York Avenue N.W.
Suite 900
Washington, DC 20001
Phone: (202) 639-6000
Fax: (2020) 639-6066
LPlatzer@jenner.com
ERoss@jenner.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via ECF to the parties in the attached Service List on this 11th day of August, 2014.

By:   /s/Karen L. Stetson

## SERVICE LIST

TRIPP SCOTT, P.A.
*Counsel for Plaintiff*
110 SE Sixth Street, 15th Floor
Ft. Lauderdale, Florida 33301
Tel: 954.525.7500
Fax: 954.761.8475
Alexander D. Brown, Esq.
adb@trippscott.com
Peter G. Herman, Esq.
pgh@trippscott.com
Adam S. Goldman, Esq.
asg@trippscott.com

2

# 1477776 v1