# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-61582-CIV-COHN-SELTZER

STACEY MATTOCKS, an individual,

    Plaintiff,

v.

BLACK ENTERTAINMENT
TELEVISION LLC, a District of Columbia
limited liability company,

    Defendant.
_____/

## DEFENDANT'S WITNESS LIST

Defendant Black Entertainment Television LLC ("BET"), by and through undersigned counsel and pursuant to Local Rule 16.1(e)(10), hereby provides the following list of witnesses to be included in the Joint Pretrial Stipulation.

Defendant expects to present the following witnesses at trial. Defendant reserves its right to amend subject to the Court's decision on the outstanding motions before it:

    Stacey Mattocks – WILL CALL
    c/o Tripp Scott

    Guy Hagen – WILL CALL (Expert)
    c/o Jenner & Block LLP
    1099 New York Ave NW, Suite 900
    Washington, DC 20001
    (202) 639-6000

    Aram Sinnreich – WILL CALL (Expert)
    c/o Jenner & Block LLP
    1099 New York Ave NW, Suite 900
    Washington, DC 20001
    (202) 639-6000

    JP Lespinasse – WILL CALL
    Black Entertainment Television, LLC
    c/o Jenner & Block LLP
    1099 New York Ave NW, Suite 900

Washington, DC 20001
(202) 639-6000

Tia Carter-Jenkins – MAY CALL; MAY CALL VIA DEPOSITION
c/o Jenner & Block LLP
1099 New York Ave NW, Suite 900
Washington, DC 20001
(202) 639-6000

Martez Moore – WILL CALL
c/o Jenner & Block LLP
1099 New York Ave NW, Suite 900
Washington, DC 20001
(202) 639-6000

Monique Ware – MAY CALL; MAY CALL VIA DEPOSITION
Black Entertainment Television, LLC
c/o Jenner & Block LLP
1099 New York Ave NW, Suite 900
Washington, DC 20001
(202) 639-6000

Matthew Barnhill – MAY CALL; MAY CALL VIA DEPOSITION
Black Entertainment Television, LLC
c/o Jenner & Block LLP
1099 New York Ave NW, Suite 900
Washington, DC 20001
(202) 639-6000

Claudia Page – MAY CALL VIA DEPOSITION
Sulia, Inc.
10 W. 18th St., 3rd Floor
New York, NY 10011

Any persons on Plaintiff's Witness List

In addition, Defendant may present at trial screenshots of the Facebook Page at issue in the litigation, as well as screenshots of the Twitter posts from Plaintiff's account, at various points in time. In the event the parties are unable to reach a stipulation as to the authenticity of those screenshots, Defendant reserves the right to call a witness (e.g. a paralegal from Jenner & Block LLP) to testify as to their authenticity and the circumstances of their creation.

DATED:  August 11, 2014

Respectfully submitted,

s/  Karen L. Stetson
Karen L. Stetson, Florida Bar No. 742937
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, FL 33131
Telephone: 305.416.6880
Facsimile:  305.416.6887
Email:  karen.stetson@gray-robinson.com
JENNER & BLOCK LLP
Susan J. Kohlmann (*Pro hac vice*)
919 Third Avenue
New York, NY 10022
Phone: (212) 891-1600
Fax: (212) 891-1699
SKohlmann@jenner.com

Luke C. Platzer (*Pro hac vice*)
Erica L. Ross (*Pro hac vice*)
1099 New York Avenue N.W.
Suite 900
Washington, DC 20001
Phone: (202) 639-6000
Fax: (202) 639-6066
LPlatzer@jenner.com
ERoss@jenner.com

*Counsel for Defendant*

3