UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61582-CIV-COHN/SELTZER

STACEY MATTOCKS,

    Plaintiff,

v.

BLACK ENTERTAINMENT
TELEVISION LLC,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court following its Order Granting Defendant's Motion for Summary Judgment [DE 101]. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Defendant Black Entertainment Television LLC and against Plaintiff Stacey Mattocks. Plaintiff shall recover nothing from Defendant in this action; and

2. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of August, 2014.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF